■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY POUNDS, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on March 17, 1982, unanimously affirmed. Motion by appellant for leave to file a *pro se* reply brief denied. No opinion. Concur—Murphy, P. J., Ross, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO CARTAGENA, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on October 4, 1984, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur —Sandler, J. P., Carro, Asch and Milonas, JJ.

■ INSURANCE COMPANY OF NORTH AMERICA, Respondent, v SOUTH BROOKLYN HEALTH CENTER, INC., Appellant.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on June 2, 1986, deemed as one for renewal, and as such is unanimously affirmed, without costs and without disbursements. The appeals from two orders of said court, both entered on March 6, 1986, are dismissed as nonappealable. No opinion. Concur—Kupferman, J. P., Kassal, Rosenberger, Ellerin and Smith, JJ.